1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD STEPHEN BOUTTE,

11            Petitioner,                    No. CIV S-07-1508 WBS GGH P

12        vs.

13   JAMES A. YATES,

14            Respondent.                    ORDER

15   _____/

16            On September 21, 2007, the parties filed a joint scheduling statement.  After

17   reviewing this pleading, the court makes the following ORDERS:

18            1.  On or before December 20, 2007, petitioner shall file either an amended

19   petition containing exhausted claims or an amended petition identifying exhausted and

20   unexhausted claims and a request to stay proceedings;

21            2.  If petitioner files an exhausted petition, he shall also file at that time any

22   requests for an evidentiary hearing or discovery;

23   /////

24   /////

25   /////

26   /////

1

1          3.  If petitioner files an exhausted petition, respondent's response is due thirty

2  days thereafter; petitioner's reply is due thirty days thereafter; if petitioner files a request to stay

3  proceedings, respondent shall file either an opposition or statement of non-opposition within

4  twenty days thereafter; petitioner may file a reply within ten days thereafter.

5  DATED: 11/7/07

                                        /s/ Gregory G. Hollows
6
   _____
7                                       UNITED STATES MAGISTRATE JUDGE

8

9  bou1508.sch

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26