IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD STEPHEN BOUTTE,

    Petitioner,                  No. CIV S-07-1508 WBS GGH P

    vs.

JAMES A. YATES,

    Respondent.              ORDER

_____/

    Petitioner has requested an extension of time to file an amended petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 11, 2007 motion for an extension of time is granted; and

    2. Petitioner shall file an amended petition on or before January 15, 2008.

DATED: 12/21/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
bout1508.111