IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD STEPHEN BOUTTE,

    Petitioner,                                       No. CIV S-07-1508 WBS GGH P

    vs.

WARDEN BROWN, et al.,                       ORDER

    Respondents.

_____/

    GOOD CAUSE APPEARING, respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on March 17, 2008.

Dated: 02/25/08                            /s/ Gregory G. Hollows

                                                      U.S. Magistrate Judge

bou1508.eot

1