IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD STEPHEN BOUTTE,** | CIV S-07-1508 WBS GGH P |
| Petitioner, | **ORDER** |
| **v.** | |
| **WARDEN BROWN, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED.  Respondent's response is due on April 16, 2008.

Dated: 03/21/08                                    /s/ Gregory G. Hollows
                                                            U.S. MAGISTRATE JUDGE

bou1508.eot(2)

1