IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD STEPHEN BOUTTE,**<br><br>                              Petitioner,<br><br>     v.<br><br>**WARDEN BROWN, et al.,**<br><br>                              Respondents. | 2:07-cv-1508 WBS GGH P<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's Application and Declaration for Enlargement of Time to File an Answer to Habeas Corpus Petition, to and including May 1, 2008.

Dated: 04/17/08              /s/ Gregory G. Hollows
                             United States Magistrate Judge

bou1508.eot(3)

1