UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DONALD STEPHEN BOUTTE**,

                    Plaintiff,

  v.

**BROWN, Warden**,

                    Defendant.

No. 2:07-cv-01508-AK

**ORDER**

Petitioner has established good cause for discovery under Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts as construed in <u>Bracy</u> v. <u>Gramley</u>, 520 U.S. 899 (1997). The court therefore grants petitioner's request for discovery on the subjects specified on page 5 of petitioner's Reply to Respondent's Answer to Amended Petition for Writ of Habeas Corpus. In accordance with Rule 6, the court limits discovery to those subjects and to six months, beginning August 1, 2011.

June 27, 2011

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation