UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD STEPHEN BOUTTE**,<br><br>                    Petitioner,<br><br>  v.<br><br>**BROWN, Warden**,<br><br>                    Respondent. | No. 2:07-cv-01508-AK<br><br>**ORDER** |

Petitioner Donald S. Boutte has moved for partial summary judgment.  As stipulated by the parties, Respondent's opposition brief is due by April 2, 2012, and Petitioner's optional reply brief is due by April 16, 2012.  The parties have further stipulated to this court deciding the motion on the papers without a hearing.

In addition to addressing the points raised in Petitioner's motion for summary judgment, the parties shall address Petitioner's efforts to develop the record in state court as well as the effect on this case of <u>Cullen</u> v. <u>Pinholster</u>, 131 S. Ct. 1388 (2011), and <u>Hurles</u> v. <u>Ryan</u>, 650 F.3d 1301, 1312 (9th Cir. 2011) ("We have repeatedly held that where a state court makes factual findings without an evidentiary hearing or other opportunity for the petitioner to present evidence, 'the fact-finding process itself is deficient' and not entitled to deference." (quoting

Taylor v. Maddox, 366 F.3d 992, 1001 (9th Cir. 2004)).  See Williams v. Woodford, No. 2:05-cv-00980-AK, 2012 WL 929666 (E.D. Cal. Mar. 19, 2012).

March 26, 2012

_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation