UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD STEPHEN BOUTTE**, <br><br> Petitioner, <br><br> v. <br><br> **BROWN, Warden**, <br><br> Respondent. | No. 2:07-cv-01508-AK <br><br> **ORDER** |

The parties' joint motion for a one-week extension is granted.  Respondent's opposition brief is now due by April 9, 2012, and Petitioner's optional reply brief is now due by April 23, 2012**.**

March 29, 2012

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation