UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD STEPHEN BOUTTE**, | |
| Petitioner, | No. 2:07-cv-01508-AK |
| v. | |
| **MARTIN D. BITER, et al.**, | **ORDER** |
| Respondents. | |

**KOZINSKI**, Circuit Judge:

This court stays petitioner's release pending resolution of respondents' motion for a stay pending appeal.  See Fed. R. App. P. 23(c).  Petitioner shall file a response to the motion no later than November 9, 2012.  Respondent may file a reply brief no later than November 16, 2012.

November 2, 2012

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation
28 U.S.C. § 291(b)